LITTLE FALLS FIBRE COMPANY and Others, Respondents, Appellants, v. HENRY

---

* Mod., 249 N. Y. 409.

Ford & Son, Inc., Appellant, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.